## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                              **CASE NO.  4:12-CR-00112-BSM**

**KORRINE A JAMES**                                              **DEFENDANT**

## ORDER

Korrine James's motion to reduce his sentence [Doc. No. 85] is denied because the 18 U.S.C. section 3553 factors do not support reducing his sentence. *See* 18 U.S.C. § 3582(c)(2) (section 3553 factors are to be considered to the extent that they apply). The parties agree that Amendment 821 to the United States Sentencing Guidelines allows James's 188-month sentence to be reduced to 168 months. James's current sentence, however, falls in the middle of the new guidelines range (168 to 210 months). Def.'s Mot. Reduce Sentence 3, Doc. No. 85. A sentence reduction is not warranted because James's offense was extremely serious and he has extensive criminal history. Pl.'s Resp. Mot. Reduce Sentence 4–5, Doc. No. 86. Therefore, 188 months remains an appropriate sentence. *See* 18 U.S.C. § 3553(a)(1) (directing courts to consider "the nature and circumstances of the offense and the history and characteristics of the defendant" in imposing a sentence").

IT IS SO ORDERED this 18th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE